UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22CR00100 SNLJ |
| ) | |
| MARK A. TRAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Suppress Evidence and Statements [Doc. 37] and Defendant's Motion to Dismiss the Indictment [Doc. 38]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed Reports and Recommendations on October 6, 2023 [Doc. 71, Doc. 72]. Defendant Travis submitted objections thereto on October 17, 2023 [Doc. 75, Doc. 76].

The Magistrate Judge recommends that the Court deny Defendant's motions. After de novo review of this matter, this Court adopts the Magistrate Judge's Reports and Recommendations.

**IT IS HEREBY ORDERED** that the Reports and Recommendations of United States Magistrate Judge Abbie Crites-Leoni [Doc. 71, Doc. 72], filed October 6, 2023, be and are **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [Doc. 37] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss the Indictment [Doc. 38] is **DENIED**.

Dated this 23rd day of October, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE